423 A.2d 1302

Commonwealth v. Chapman, Appellant.

Submitted April 1, 1978. Lester G. Nauhaus, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

423 A.2d 1302

Commonwealth v. Cordero, Appellant.

Submitted March 23, 1979. Frederick S. Wolf, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.